**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| FARAHNAZ KOUSHA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS A. COLLINS, STEPHANIE DAVIS, MD, CARRIE POHL, MD, ANTHONY KLOPFER, JOSEPH McDONNELL, MD, and MOLLY VAN-PETTEN, MD,<br><br>Defendants. | ) | Case No. 2026-cv-04085 |

## DESIGNATION OF PLACE OF TRIAL

The United States of America, by and through United States Attorney for the District of Kansas, Ryan A. Kriegshauser and Assistant United States Attorney, Thomas E. Beall, hereby designate Topeka, Kansas as the place of trial.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

*/s/ Thomas E. Beall*
Thomas E. Beall, #19929
Assistant United States Attorney
Federal Building, Suite 290
444 SE Quincy Street
Topeka, KS 66683
T: (785) 295-2850 | F: (785) 295-2853
Email: thomas.beall@usdoj.gov

*Attorney for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all registered parties. I further certify that I caused a copy of the foregoing document and the notice of electronic file to be placed in the United States Mail, postage prepaid, addressed to the following non-CM/ECF participant:

Farahnaz Kousha
15450 England Street
Overland Park, Kansas 66221

*Pro Se Plaintiff*

*/s/ Thomas E. Beall*
Thomas E. Beall
Assistant United States Attorney